**Vincent POPE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82768.**

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 16, 2003.

Lisa M. Stroup, Office of the Public Defender, St. Louis, MO, for appellant.

John Munson Morris, III, Office of the Attorney General, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM

Vincent Pope ("Movant") was convicted of murder in the second degree and armed criminal action. Movant was sentenced to a term of life imprisonment on the murder charge and a consecutive term of six years imprisonment on the armed criminal action charge. Movant filed a direct appeal and this Court affirmed Movant's convictions. *State v. Pope*, 66 S.W.3d 124 (Mo.App.E.D. 2001). Movant now appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. *Helmig v. State*, 42 S.W.3d 658, 665–66 (Mo.App. E.D.2001). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).